1030

DECEMBER 8, 1992

No. 92–644. BAKER & SCHULTZ, INC. *v.* BOYER, TRUSTEE. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.

DECEMBER 9, 1992

No. 92–6873 (A–466). LINCECUM *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 10, 1992

No. 92–6882 (A–468). BUNCH *v.* WRIGHT, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 14, 1992

No. A–443. R. D. ET AL. *v.* D. S. Sup. Ct. Iowa. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–1167. IN RE DISBARMENT OF BOETTNER. Disbarment entered. [For earlier order herein, see *ante*, p. 912.]

No. D–1169. IN RE DISBARMENT OF MULDERIG. Disbarment entered. [For earlier order herein, see *ante*, p. 912.]

No. D–1172. IN RE DISBARMENT OF RAUCH. Disbarment entered. [For earlier order herein, see *ante*, p. 912.]

No. D–1174. IN RE DISBARMENT OF TATE. Disbarment entered. [For earlier order herein, see *ante*, p. 913.]

No. D–1177. IN RE DISBARMENT OF BIEGEN. Disbarment entered. [For earlier order herein, see *ante*, p. 936.]